EMMA A. MARSON, Individually and as Executrix, etc., Appellant, *v.* CHARLES A. PURDY et al., Respondents.

(Submitted April 21, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 28, 1890, which affirmed a judgment dismissing the complaint entered upon a decision of the court on trial at Special Term.

*Charles H. Luscomb* for appellant.

*H. B. Closson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.